IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| JAMES L. MAY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | CASE NO.  1:15-CV-328-WKW |
| CAROLYN W. COLVIN, Acting | ) | [WO] |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

# **ORDER**

On October 2, 2015, the Magistrate Judge filed a Recommendation to which no timely objections have been filed.  (Doc. # 13.)  Upon an independent review of the file and upon consideration of the Recommendation, it is ORDERED as follows:

(1)   The Recommendation is ADOPTED;

(2)   Defendant's alternative motion for summary judgment (Doc. # 9) is GRANTED; and

(3)   This action is DISMISSED with prejudice as time-barred.

A separate final judgment will be entered.

DONE this 21st day of October, 2015.

             /s/ W. Keith Watkins
           CHIEF UNITED STATES DISTRICT JUDGE